**Pamela J. ANDERSON, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 02–7168.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 8, 2003.

Pamela J. Anderson, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Pamela J. Anderson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on her petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Anderson has not made a substantial showing of the denial of a constitutional right. *See Anderson v. Angelone*, No. CA–01–794–2 (E.D. Va. filed July 24, 2002; entered July 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*